# U.S. Bankruptcy Court
## District of New Jersey (Newark)
### Bankruptcy Petition #: 22-10916-VFP

*Assigned to:* Judge Vincent F. Papalia
Chapter 13
Voluntary
Asset

*Date filed:* 02/03/2022
*341 meeting:* 03/01/2022
*Deadline for filing claims:* 04/14/2022

| | |
|---|---|
| *Debtor*<br>**Alessandro Roberto**<br>274 Barnert Avenue<br>Totowa, NJ 07512<br>PASSAIC-NJ<br>SSN / ITIN: xxx-xx-0188 | represented by **Ralph A Ferro, Jr**<br>Ralph A Ferro, Jr, Esq Law Offices<br>66 East Main Street, 3rd Floor<br>Little Falls, NJ 07424<br>973-200-0988<br>Fax : 973-689-9558<br>Email: ralphferrojr@msn.com |

*Trustee*
**Marie-Ann Greenberg**
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550
973-227-2840

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 02/03/2022 | 1<br>(19 pgs) | Chapter 13 Voluntary Petition Filed by Ralph A Ferro Jr on behalf of Alessandro Roberto. (Ferro, Ralph) (Entered: 02/03/2022) |
| 02/03/2022 | 2<br>(1 pg) | Certificate of Credit Counseling filed by Ralph A Ferro Jr on behalf of Alessandro Roberto. (Ferro, Ralph) (Entered: 02/03/2022) |
| 02/03/2022 | | Receipt of filing fee for Voluntary Petition (Chapter 13)( 22-10916) [misc,volp13a] ( 313.00) Filing Fee. Receipt number B43483933, fee amount $ 313.00. (re: Doc#1) (U.S. Treasury) (Entered: 02/03/2022) |
| 02/04/2022 | 3<br>(4 pgs; 2 docs) | Meeting of Creditors and Notice of Appointment of Trustee Greenberg, Marie-Ann with 341(a) meeting to be held on 3/1/2022 at 01:00 PM at Telephonic/Video Conference. Complaint to determine dischargeability of certain debts deadline: 5/2/2022. Proofs of Claim due by 4/14/2022. (Entered: 02/04/2022) |
| 02/04/2022 | | The debtor has a previous filing 14-16113 (dlr) (Entered: 02/04/2022) |

| | | |
|---|---|---|
| 02/04/2022 | 4<br>(2 pgs) | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Statement of Financial Affairs For Individuals, Chapter 13 Disclosure of Attorney Compensation (LOCAL FORM), Statement of Your Current Monthly Income & Calc of Commitment Period(122C-1), Calculation of Your Disposable Income (122C-2) - If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/4/2022. Hearing scheduled for 3/3/2022 at 10:00 AM at VFP - Courtroom 3B, Newark. (dlr) (Entered: 02/04/2022) |
| 02/04/2022 | 5<br>(1 pg) | Change of Address for 257-261 20th Avenue Realty, LLC, Creditor From: 156 N 1st Street 158, Paterson, NJ 07522 To: 161 Route 59, Suite #201, Monsey, NY 10952 filed by Ralph A Ferro Jr on behalf of Alessandro Roberto. (Ferro, Ralph) (Entered: 02/04/2022) |
| 02/04/2022 | 6<br>(39 pgs; 6 docs) | Adversary case 22-01044. Complaint by Alessandro Roberto against 257-261 20th Avenue Realty, LLC ; City of Paterson. Fee Amount $ 350.. (13 (Recovery of money/property - 548 fraudulent transfer)) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Summons) (Ferro, Ralph) (Entered: 02/04/2022) |
| 02/06/2022 | 7<br>(3 pgs) | Notice and Order to Pay Trustee No. of Notices: 1. Notice Date 02/06/2022. (Admin.) (Entered: 02/07/2022) |
| 02/06/2022 | 8<br>(4 pgs) | BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 11. Notice Date 02/06/2022. (Admin.) (Entered: 02/07/2022) |
| 02/06/2022 | 9<br>(4 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 02/06/2022. (Admin.) (Entered: 02/07/2022) |
| 02/08/2022 | 10<br>(38 pgs) | Missing Document(s): Chapter 13 Disclosure of Attorney Compensation, Calculation of Your Disposable Income(122C-2), Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C-1), Summary of Assets/Liabilities and Stat Info, Schedules A/B,C,I,J, filed by Ralph A Ferro Jr on behalf of Alessandro Roberto. (ALL SCHEDULES FILED)(Ferro, Ralph) Modified on 2/9/2022 (dlr). (Entered: 02/08/2022) |
| 02/08/2022 | 11<br>(10 pgs) | Chapter 13 Plan, and Assumption of Executory Contracts and Unexpired Leases. Filed by Ralph A Ferro Jr on behalf of Alessandro Roberto. (Ferro, Ralph) (Entered: 02/08/2022) |
| 02/09/2022 | 12<br>(1 pg) | Confirmation Hearing Scheduled (related document:11 Chapter 13 Plan, and Assumption of Executory Contracts and Unexpired Leases. Filed by Ralph A Ferro Jr on behalf of Alessandro Roberto.). Confirmation hearing to be held on 3/17/2022 at 08:30 AM at VFP - Courtroom 3B, Newark. Last day to Object to Confirmation 3/10/2022. (dlr) (Entered: 02/09/2022) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/09/2022 15:27:16 | | | |
| **PACER Login:** | JA006000 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 22-10916-VFP Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: |

| Billable Pages: | 2 | Cost: | 0.20 |
|---|---|---|---|

included Format: html Page counts for documents are estimated

Case 22-10916-VFP    Doc 13    Filed 02/11/22    Entered 02/11/22 15:31:08    Desc Main
Document    Page 3 of 4

| Billable Pages: | 2 | Cost: | 0.20 |
|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Towd Point Mortgage Trust 2017-6, U.S. Bank National Association, as Indenture Trustee

In Re:
Alessandro Roberto

Debtor(s).

Case No: 22-10916 VFP

Chapter: 13

Judge: Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Towd Point Mortgage Trust 2017-6, U.S. Bank National Association, as Indenture Trustee. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒   All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 02/11/2022

/s/ *Denise Carlon*
Denise Carlon
11 Feb 2022, 12:25:22, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: c651c2ba5ffe6d938d9ad09baf14aed8aeee7e9402bb48e49655c471b88ac509