Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−10916−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alessandro Roberto
   274 Barnert Avenue
   Totowa, NJ 07512

Social Security No.:
   xxx−xx−0188

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              3/17/22
Time:              08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: February 9, 2022
JAN: dlr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Alessandro Roberto  
    Debtor

Case No. 22-10916-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 09, 2022      Form ID: 132      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alessandro Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500507 | + | 257-267 20th Avenue Realty, LLC, 161 Route 59, Suite #201, Monsey, NY 10952-7817 |
| 519500508 | + | All Pro Detail, 776 21st Avenue, Paterson, NJ 07513-1018 |
| 519500509 | + | Amadeo Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500510 | + | City of Paterson Tax Collector, 155 Market Street, Paterson, NJ 07505-1408 |
| 519500511 | + | Fanny Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500513 | + | Jovanni Sanchez, 776 21st Avenue, Apt. 1, Paterson, NJ 07513-1018 |
| 519500514 | + | Lorraine Pagan, 776 21st Avenue, Apt. 2, Paterson, NJ 07513-1018 |
| 519500515 | + | Paula Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500516 | + | Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519500517 | | Select Portfolio Servicing, Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519500512 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2022 20:31:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 519500518 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 09 2022 20:31:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-2  User: admin  Page 2 of 2
Date Rcvd: Feb 09, 2022  Form ID: 132  Total Noticed: 15

Date: Feb 11, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Alessandro Roberto ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Plaintiff Alessandro Roberto ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4