**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

------------------------------------ X

In re:

Alessandro Roberto,

        Debtor.

Case No. 22-10916 (VFP)

------------------------------------ X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Perkins Coie LLP files this Notice of Appearance (the "Notice") and appears as counsel for 257-261 20th Avenue Realty LLC ("Creditor"), and hereby requests that all notices given or required to be given and all papers served or required to be served, in this case (including, but not limited to, all papers filed and served in all adversary proceedings) be sent to:

        Gary F. Eisenberg, Esq.
        Perkins Coie LLP
        1155 Avenue of the Americas, 22nd Floor
        New York, NY 10036-2711
        Tel.: (212) 262-6900
        Fax: (212) 262-1649
        Email: GEisenberg@perkinscoie.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

156028164.2

mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtor, (b) property of debtor's estates, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by Creditor.

PLEASE TAKE FURTHER NOTICE that Creditor does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

DATED: February 28, 2022

PERKINS COIE LLP

By: */s/ Gary F. Eisenberg*
Gary F. Eisenberg, Esq.
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6900
Fax: (212) 977-1649
Email: geisenberg@perkinscoie.com

*Attorneys for 257-261 20th Avenue Realty LLC*

156028164.2