Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

              Case No.:  22−10916−VFP
              Chapter:  13
              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alessandro Roberto
   274 Barnert Avenue
   Totowa, NJ 07512

Social Security No.:
   xxx−xx−0188

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     5/5/22
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney,
period: 2/3/2022 to 4/8/2022

COMMISSION OR FEES
$9362.50,

EXPENSES
$409.45.

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 11, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alessandro Roberto  
    Debtor

Case No. 22-10916-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 11, 2022     Form ID: 137     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alessandro Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500507 | + | 257-267 20th Avenue Realty, LLC, 161 Route 59, Suite #201, Monsey, NY 10952-7817 |
| 519500508 | + | All Pro Detail, 776 21st Avenue, Paterson, NJ 07513-1018 |
| 519500509 | + | Amadeo Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500510 | + | City of Paterson Tax Collector, 155 Market Street, Paterson, NJ 07505-1408 |
| 519500511 | + | Fanny Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500513 | + | Jovanni Sanchez, 776 21st Avenue, Apt. 1, Paterson, NJ 07513-1018 |
| 519500514 | + | Lorraine Pagan, 776 21st Avenue, Apt. 2, Paterson, NJ 07513-1018 |
| 519500515 | + | Paula Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500516 | + | Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519500517 | | Select Portfolio Servicing, Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519500512 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 11 2022 20:41:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 519500518 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 11 2022 20:40:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 519500517 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 11 2022 20:41:00 | Select Portfolio Servicing, Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2022 | Form ID: 137 | Total Noticed: 15 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2017-6  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary F. Eisenberg | on behalf of Creditor 257-261 20th Avenue Realty LLC geisenberg@perkinscoie.com DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Alessandro Roberto ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Plaintiff Alessandro Roberto ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6