**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Alessandro Roberto

Order Filed on May 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

| | |
|---|---|
| In Re: | Case No.:  22-10916 (VFP) |
| | Chapter:  13 |
| **Alessandro Roberto** | Judge:  Vincent F. Papalia |
| Debtor. | Hearing Date:  5/5/22 @ 2:00 p.m. |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 9, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Case No.: 22-10916 (VFP)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$9,362.50** for services rendered and expenses in the amount of **$409.45** for a total of **$9,771.95.** The allowance shall be payable:

- through the Chapter 13 Plan as an administrative priority from funds being held by Trustee

|  |  |
|---|---|
| Total Amount of Fee Application = | $ 9,771.95 |
| less (Retainer) | 8,500.00 |
| Remainder to be Paid from funds being held by Trustee | $ 1,271.95 |