UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Alessandro Roberto

Order Filed on May 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

| | |
|---|---|
| In Re: | ) Case No.:  22-10916 (VFP) |
| | ) |
| | ) Chapter:  13 |
| **Alessandro Roberto** | ) |
| | ) Judge:  Vincent F. Papalia |
| | ) |
| Debtor. | ) |
| | Hearing Date:  5/5/22 @ 2:00 p.m. |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

DATED: May 9, 2022

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Case No.: 22-10916 (VFP)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$9,362.50** for services rendered and expenses in the amount of **$409.45** for a total of **$9,771.95.** The allowance shall be payable:

- through the Chapter 13 Plan as an administrative priority from funds being held by Trustee

|  |  |
|---|---|
| Total Amount of Fee Application = | $ 9,771.95 |
| less (Retainer) | 8,500.00 |
| Remainder to be Paid<br>from funds being held by Trustee | $ 1,271.95 |

2

United States Bankruptcy Court

District of New Jersey

In re:  
Alessandro Roberto  
    Debtor

Case No. 22-10916-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: May 09, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alessandro Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2017-6  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary F. Eisenberg | on behalf of Creditor 257-261 20th Avenue Realty LLC geisenberg@perkinscoie.com DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Alessandro Roberto ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Plaintiff Alessandro Roberto ralphferrojr@msn.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: May 09, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6