Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                       Case No.: 22−10916−VFP  
                       Chapter: 13  
                       Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Alessandro Roberto  
   274 Barnert Avenue  
   Totowa, NJ 07512

Social Security No.:  
   xxx−xx−0188

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/11/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 11, 2022  
JAN: jf

                                                                    Jeanne Naughton  
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-10916-VFP

Alessandro Roberto  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: May 11, 2022　　　　　　　　　　　　　Form ID: 148　　　　　　　　　　　　　　　Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**　**Definition**

\+ 　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ 　　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alessandro Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500507 | + | 257-267 20th Avenue Realty, LLC, 161 Route 59, Suite #201, Monsey, NY 10952-7817 |
| 519500508 | + | All Pro Detail, 776 21st Avenue, Paterson, NJ 07513-1018 |
| 519500509 | + | Amadeo Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500510 | + | City of Paterson Tax Collector, 155 Market Street, Paterson, NJ 07505-1408 |
| 519500511 | + | Fanny Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500513 | + | Jovanni Sanchez, 776 21st Avenue, Apt. 1, Paterson, NJ 07513-1018 |
| 519500514 | + | Lorraine Pagan, 776 21st Avenue, Apt. 2, Paterson, NJ 07513-1018 |
| 519500515 | + | Paula Roberto, 274 Barnert Avenue, Totowa, NJ 07512-2133 |
| 519500516 | + | Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519500512 | | EDI: IRS.COM | May 12 2022 00:43:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 519557270 | | EDI: PRA.COM | May 12 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519500518 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 11 2022 20:50:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 519500517 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 11 2022 20:52:00 | Select Portfolio Servicing, Box 65250, Salt Lake City, UT 84165-0250 |
| 519557242 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 11 2022 20:52:00 | Towd Point Mortgage Trust 2017-6, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519557271 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: 148 | Total Noticed: 17 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2017-6  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary F. Eisenberg | on behalf of Creditor 257-261 20th Avenue Realty LLC geisenberg@perkinscoie.com DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Alessandro Roberto ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Plaintiff Alessandro Roberto ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6